HEATHER E. WILLIAMS, #122664
Federal Defender
REED GRANTHAM, #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FABIAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00014-ADA |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| FABIAN GARCIA, | Hon. Ana de Alba |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kirk Sherriff, as well as United States Probation Officer Daniel Alejandro, and neither the government nor probation has any objection to this request.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

///

1  On January 24, 2019, Mr. Garcia pled guilty to one count of conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 841, 86. *See* Western District of Washington, 3:18-cr-05212-BHS at Dkt. #54. Mr. Garcia was sentenced on July 10, 2019, to 24 months in custody, with a 4 year term of supervised release to follow. *See* Western District of Washington, 3:18-cr-05212-BHS at Dkt. #86, #87. Mr. Garcia's term of supervised release began on January 9, 2020.

  As of the date of this filing, Mr. Garcia has been on supervised release for a period of approximately 2 years and 8 months, out of the initially imposed 4 year term. During that time, Mr. Garcia has not incurred any violations of supervised release and has remained in compliance with all terms and conditions. Since starting supervised release, Mr. Garcia has maintained a steady residence in Bakersfield, California. He is currently employed as a mechanic working on agricultural equipment. He has been subject to random drug testing since the start of his term of supervised release and has not submitted any positive tests. Mr. Garcia is living a positive, pro-social, and law-abiding life.

  On September 21, 2022, Mr. Garcia's probation officer, Daniel Alejandro, indicated that probation would not oppose early termination in Mr. Garcia's case. On September 26, 2022, Assistant United States Attorney Kirk Sherriff indicated via email that the government, in light of probation's position, likewise would not oppose the request in this case.

  Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Garcia and is in the interests of justice.

            HEATHER E. WILLIAMS
            Federal Defender

Dated: September 27, 2022    /s/ *Reed Grantham*
            REED GRANTHAM
            Assistant Federal Defender
            Attorney for Defendant
            FABIAN GARCIA

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Fabian Garcia's term of supervised release.

IT IS SO ORDERED.

Dated:   September 29, 2022

_____
UNITED STATES DISTRICT JUDGE